UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:24-cr- 107- PGB- RMN
18 U.S.C. § 922(g)(1)

ROVONTE LAMAR DANIELS
FREDERICK LEE BROWN

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Possession of a Firearm by a Convicted Felon)

On or about December 13, 2023, in the Middle District of Florida, the defendant,

ROVONTE LAMAR DANIELS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Carjacking with a Deadly Weapon, on or about August 7, 2013,

2. Grand Theft, on or about April 11, 2018,

3. Possession of Ammunition by a Convicted Felon, on or about April 11, 2018,

4. Fleeing or Attempting to Elude a Police Officer, on or about April 11, 2018,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Canik TP9 SA pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT TWO
### (Possession of a Firearm by a Convicted Felon)

On or about December 13, 2023, in the Middle District of Florida, the defendant,

### FREDERICK LEE BROWN,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1.    Accessory to Burglary of a Dwelling, on or about September 1, 2011

2.    Burglary of a Dwelling, on or about September 1, 2011,

3.    Grand Theft, on or about September 1, 2011,

4.    Grand Theft, on or about August 28, 2013,

5.    Fleeing or Attempting to Elude a Police Officer, on or about February 5, 2019,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Canik TP9 SA Pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1.    The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(g), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

2

3.    The property to be forfeited includes, but is not limited to, the following: a Canik TP9 SA pistol with serial number 17 AP 09841, and a Canik TP9 SA pistol with serial number 21 AP 21506, and associated ammunition, all of which was seized on December 13, 2023.

4.    If any of the property described above, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Richard Varadan
Assistant United States Attorney

By: _____
fo r  Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

4

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

### ROVONTE LAMAR DANIELS
### FREDERICK LEE BROWN

## INDICTMENT

Violation:     18 U.S.C. § 922(g)(1)

A true bill.

_____
Foreperson

Filed in open court this 24th day

of April 2024.

_____
Clerk

Bail    $_____